**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| UNITED STATES OF AMERICA, | | |
| | * | |
| v. | * | |
| | | Criminal No. 24-289-BAH |
| MICHAEL TILMON, III, | * | |
| | | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

Sentencing for Mr. Tilmon is scheduled for this Thursday, June 11, 2026, at 10:00 a.m.
The Court has received email correspondence from a reporter objecting to the sealing in its entirety
of Mr. Tilmon's sentencing memorandum.  The motion to seal justifies sealing the memorandum
in its entirety because the memorandum and its attachments "contain detailed personal information
about the defendant and his family history."  ECF 392, at 1.  By tomorrow, June 9, 2026, defense
counsel is directed to do one of the following:

(1) Resubmit the motion to seal with a more detailed and robust justification for sealing
    the memorandum in its entirety;

(2) Resubmit a redacted sentencing memorandum with an accompanying motion to seal
    sufficiently detailing why the redacted information should be sealed; or

(3) Resubmit the sentencing memorandum on the public docket should counsel determine
    sealing is not necessary.

Dated: <u>June 8, 2026</u>

                               /s/
                          Brendan A. Hurson
                          United States District Judge